United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHEAL SHANE PERRIN,
Plaintiff,
v.
COUNTY OF MARIN, et al.,
Defendants.

Case No. 25-cv-01401-NW

**ORDER REOPENING MATTER, RESETTING DEADLINE FOR FILING AMENDED COMPLAINT**

Re: ECF No. 14

On August 21, 2025, the Court screened and dismissed Perrin's Complaint with leave to amend within 28 days. *See* ECF No. 9. The Court's order was returned as undeliverable on September 15, 2025. *See* ECF No. 10. On November 18, 2025, the Court dismissed this matter without prejudice. *See* ECF No. 11. Perrin has now filed a motion to reopen this matter. *See* ECF No. 14. Good cause appearing, the Court **GRANTS** his motion (ECF No. 14) and **RESETS** Perrin's deadline to file an amended complaint addressing the deficiencies identified by the Court in its screening order.

The amended complaint must be filed within **28 days** of the date this order is filed and must include the caption and civil case number used in this order and the words "First Amended Complaint" on the first page. Because an amended complaint completely replaces the original complaint, Perrin must include all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from the original complaint by reference. If he does not submit an amended complaint within the time provided, the case may once again be dismissed without prejudice.

United States District Court
Northern District of California

The Clerk shall update Perrin's mailing address to "445 Georgia Street, Vallejo, California 94590" and include a copy of the Court's screening order (ECF No. 9) and a blank prisoner civil rights complaint form with Perrin's copy of this order.

**IT IS SO ORDERED.**

Dated: October 1, 2026

Noël Wise
United States District Judge